COMMERCIAL CREDIT CORPORATION, Appellant, v. LOUIS MOSKOWITZ, Defendant, Impleaded with JAMES CAVAZOS, Respondent.— Determination affirmed, with

---

* Appeal dismissed, 262 N. Y. 697.

costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [142 Misc. 773.]